## No. 8.

### MIDDLEBURY *against* HUBBARDTON. *Addison*, 1817.

WARNING under the Statute, to the father and parents, is not sufficient to protect the town against the maintenance of a poor child who has resided in the town more than one year after arriving of full age, and not himself warned.

## No. 9.

### PITTSFORD *against* BRANDON. *Rutland*, 1819.

THE question in this case was, whether the time, when the warning was, by the officer serving the same, returned to the Town Clerk, could be proved by parol.

By the Court. As the evidence of this fact is not required to be a matter of record, it may be proved by parol.